UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AXIAL GROUP, LLC,

                      Plaintiff,

         -v-

ZACHERT PRIVATE EQUITY GMBH, *et al.*,

                      Defendants.

21-CV-7323 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

       Defendant's counsel's motion to withdraw is hereby granted. Defendants are granted 30 days to have new counsel appear. The corporate defendant is not permitted to appear *pro se*, but the individual defendant is. If the individual defendant wishes to appear *pro se*, he must submit a letter to that effect within 30 days and provide his address for correspondence purposes. If the corporate defendant fails to have counsel appear within 30 days, it will be subject to a default judgment and damages. Withdrawing counsel are directed to serve a copy of this Order on Defendants within 7 days.

       SO ORDERED.

Dated: March 18, 2022
        New York, New York

_____
J. PAUL OETKEN
United States District Judge