UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXIAL GROUP, LLC,

                              Plaintiff,

            -v-

ZACHERT PRIVATE EQUITY GMBH
and OLAF ZACHERT,

                              Defendants.

21-CV-7323 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

        Plaintiff Axial Group, LLC filed a motion for default judgment against Defendants

Zachert Private Equity GmbH and Olaf Zachert on June 24, 2022.  (Dkt. No. 39).  Plaintiff filed

a certificate of service indicating that the motion for default judgment was served on the

Defendant on October 20, 2022.  (Dkt. No. 43-44).  If Defendants wish to respond, they must do

so by **November 4, 2022**.  Defendants should note that a corporate entity may not appear *pro-se*—in other words, **Zachert Private Equity GmbH must retain legal counsel to contest this lawsuit.**

        If Defendants do not file a response by November 4, 2022, default judgment may be

entered in favor of Plaintiff.

        Plaintiff is directed to provide a copy of this order to Defendants.

        SO ORDERED.

Dated:  October 28, 2022
        New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge