**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AXIAL GROUP, LLC,

                            Plaintiff,                            21**CIVIL** 7323 (JPO)

           -v-                                          **DEFAULT JUDGMENT**

ZACHERT PRIVATE EQUITY GMBH, et al.,

                            Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2023, that Plaintiff's motion for default judgment is granted, and default judgment as to breach of contract, unjust enrichment, and misrepresentation shall be entered against defendants Olaf Zachert and Zachert Private Equity GMBH. Judgment shall be entered as follows: Olaf Zachert and Zachert Private Equity GMBH (Defendants), are jointly and severally liable to pay Axial Group LLC $750,000 in actual damages for breach of contract, unjust enrichment, and misrepresentation. Defendants shall also pay Axial's costs and attorney's fees. If the parties cannot reach an agreement regarding fees and costs, Axial shall file an application with supporting records within 30 days. The Court will retain jurisdiction to decide the matter of fees and costs, notwithstanding the closing of this case.; accordingly, the case is closed.

**Dated:**  New York, New York
      March 20, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**