UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXIAL GROUP, LLC,

                        Plaintiff,

-v-

ZACHERT PRIVATE EQUITY GMBH, *et al.*,

                        Defendants.

21-CV-7323 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Pending before the Court is a request for attorney's fees on behalf of Plaintiff's counsel. (ECF No. 60.) Without opposition, the motion for attorney's fees is GRANTED. Plaintiff's counsel is awarded $62,745 in fees and costs.

    The Clerk of the Court is directed to close the motion at ECF No. 60.

    SO ORDERED.

Dated: December 1, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge