UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AXIAL GROUP, LLC,
    Petitioner and Judgment Creditor,

-v-

ZACHERT PRIVATE EQUITY GMBH, *et al.*,
    Respondents and Judgment Debtors.

21-CV-7323 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has reviewed the notice of fees and costs submitted by Petitioner Axial Group, LLC, (ECF No. 68), pursuant to the Court's Order at ECF No. 65. Petitioner's request for additional attorney's fees is GRANTED. Petitioner's counsel is awarded $12,096.30 in fees and costs.

    SO ORDERED.

Dated: January 2, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge